JOSEPH HARRIS, Respondent, *v.* PAUL BERGER et al., Appellants.

*Harris* v. *Berger*, 151 App. Div. 941, affirmed.
(Argued March 4, 1914; decided March 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 18, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover upon certain promissory notes.

*Charles Ginsburg* and *Annie I. Parsons* for appellants.

*Siegfried F. Hartman* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Not sitting: MILLER, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN E. KORNDAHL, Appellant.

*People* v. *Korndahl*, 157 App. Div. 916, affirmed.
(Argued March 4, 1914; decided March 24, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1913, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendant of a violation of section 1146 of the Penal Law in keeping a disorderly house.

*Louis H. Solomon* and *Samuel J. Siegel* for appellant.

*Charles S. Whitman, District Attorney* (*Robert S. Johnstone* and *Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ.